UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **December 8, 2007**
**Mayweather/Hatton** Program,

                Plaintiff,

           -against-

RAYMOND TU, Individually, and as officer,
director, shareholder and/or principal of
MAMBO SEAFOOD II, INC. d/b/a MAMBO
SEAFOOD RESTAURANT a/k/a MAMBO
SEAFOOD/OYSTER BAR AND GRILL, and
MAMBO SEAFOOD II, INC. d/b/a MAMBO
SEAFOOD RESTAURANT a/k/a MAMBO
SEAFOOD/OYSTER BAR AND GRILL,

                Defendants.

-----------------------------------------------------------------

**DESIGNATION OF**
**LOCAL COUNSEL**

Civil Action No. FILED: JULY 21, 2008
                08 cv 4119
                JUDGE DOW
                MAGISTRATE JUDGE SCHENKIE
                JH

COME NOW the Plaintiff, **J & J SPORTS PRODUCTIONS, INC.,** on behalf of Themselves and

All Others Similarly Situated, and through counsel hereby designates SHELDON S. GOMBERG, ESQ.,

of 134 North La Salle Street, Suite 1508, Chicago, IL  60602, as resident counsel for the Plaintiff.

Dated:  July 18, 2008
          Ellenville, New York

                      **J & J SPORTS PRODUCTIONS, INC**.

                      By: /s/Julie Cohen Lonstein
                          JULIE COHEN LONSTEIN, ESQ.
                          Attorney for Plaintiff
                          Bar Roll No. 90784647
                          LONSTEIN LAW OFFICE, P.C.
                          Office and P.O. Address
                          1 Terrace Hill : P.O. Box 351
                          Ellenville, NY  12428
                          Telephone:  (845) 647-8500
                          Facsimile:  (845) 647-6277
                          Email: Info@signallaw.com
                          *Our File No.  07-19IL-N05V*