UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **December 8, 2007 Mayweather/Hatton** Program,

        Plaintiff,

-against-

RAYMOND TU, Individually, and as officer, director, shareholder and/or principal of MAMBO SEAFOOD II, INC. d/b/a MAMBO SEAFOOD RESTAURANT a/k/a MAMBO SEAFOOD/OYSTER BAR AND GRILL, and MAMBO SEAFOOD II, INC. d/b/a MAMBO SEAFOOD RESTAURANT a/k/a MAMBO SEAFOOD/OYSTER BAR AND GRILL,

        Defendants.

**PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES**

Civil Action No. FILED: JULY 21, 2008
08 cv 4119
JUDGE DOW
MAGISTRATE JUDGE SCHENKIER
JH

---

PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE AND THE GENERAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

There are no corporate parents, subsidiaries, or affiliates of the plaintiff, **J & J SPORTS PRODUCTIONS, INC.**

Dated:  July 18, 2008
          Ellenville, New York

**J & J SPORTS PRODUCTIONS, INC.**

By: <u>/s/Julie Cohen Lonstein</u>
    JULIE COHEN LONSTEIN, ESQ.
    Attorney for Plaintiff
    Bar Roll No. 90784647
    LONSTEIN LAW OFFICE, P.C.
    Office and P.O. Address
    1 Terrace Hill : P.O. Box 351
    Ellenville, NY  12428
    Telephone:  (845) 647-8500
    Facsimile:  (845) 647-6277
    Email: Info@signallaw.com
    *Our File No.  07-19IL-N05V*