# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:

J & J Sports Productions, Inc., as Broadcast Licensee of the December 8, 2007 Mayweather/Hatton Program,
                                                    Plaintiff,
    -against-
Raymond Tu, et al,                    Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, J & J SPORTS PRODUCTIONS, INC.

| NAME (Type or print) |
| --- |
| Julie Cohen Lonstein, Esq. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Julie Cohen Lonstein |
| FIRM |
| Lonstein Law Office, P.C. |
| STREET ADDRESS |
| 1 Terrace Hill, P.O. Box 351 |
| CITY/STATE/ZIP |
| Ellenville, New York 12428 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 90784647 | (845)647-8500 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                    Case Number:

J & J Sports Productions, Inc., as Broadcast Licensee of the
December 8, 2007 Mayweather/Hatton Program,
                                                        Plaintiff,

    -against-
Raymond Tu, et al,                                 Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, J & J SPORTS PRODUCTIONS, INC.

| NAME (Type or print) |  |
|---|---|
| Sheldon S. Gomberg, Esq. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Sheldon S. Gomberg | |
| FIRM | |
| | |
| STREET ADDRESS | |
| 134 North La Salle Street, Suite 1208 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 1003984 | (312)236-7414 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |